JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON APRIL
   NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada 89107
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALEYDA DeMENA,<br><br>    Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.<br>and DOES 1 through 100; And ROE<br>CORPORATIONS 101 through 200<br><br>    Defendant. | CASE NO. 2:12-cv-00626-MMD-CWH |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between CHRISTOPHER D. BURK, ESQ., of the law firm BERNSTEIN & POISSON, Attorneys for Plaintiff ALEYDA DeMENA, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

    1.    Plaintiff ALEYDA DeMENA'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///

///

///

///

CLAC 2019496.1

2.  That there is no trial date inasmuch as the Joint PreTrial Order was not filed in this case.

DATED this 8th day of February, 2013.

| BERNSTEIN & POISSON | COOPER LEVENSON APRIL NEIDELMAN & WAGENHEIM, P.A. |
|---|---|
| CHRISTOPHER D. BURK, ESQ<br>Nevada Bar # 008976<br>320 South Jones Boulevard<br>Las Vegas, Nevada 89107<br>(702) 256-4566<br>Attorneys for Plaintiff<br>ALEYDA DeMENA | JERRY S. BUSBY, ESQ.<br>Nevada Bar # 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada 89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:

CLAC 2019496.1

2

2. That there is no trial date inasmuch as the Joint PreTrial Order was not filed in this case.

DATED this 8th day of February, 2013.

| BERNSTEIN & POISSON | COOPER LEVENSON APRIL NEIDELMAN & WAGENHEIM, P.A. |
|---|---|
| _____ | /s/ Jerry S. Busby |
| CHRISTOPHER D. BURK, ESQ | JERRY S. BUSBY, ESQ. |
| Nevada Bar # 008976 | Nevada Bar # 001107 |
| 320 South Jones Boulevard | 6060 Elton Avenue – Suite A |
| Las Vegas, Nevada 89107 | Las Vegas, Nevada 89107 |
| (702) 256-4566 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| ALEYDA DeMENA | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED:

CLAC 2019496.1

2